Case 2:98-cr-20053-JPM  Document 69  Filed 05/09/05  Page 1 of 2  PageID 45

AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ⎯⎯ D.C.
05 MAY -9 AM 8: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:98CR20053-01-M1

ADRIAN BROOM
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Adrian Broom, was represented by Marvin Ballin, Esq.

    The defendant, having been convicted of violation of 21 U.S.C. 841(a)(1), Possession with Intent to Distribute Marijuana on October 30, 1998, was sentenced to a term of sixty-three (63) months in the Bureau of Prisons and a term of three (3) years on Supervise Release in the above styled cause, has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifteen (15) months **to be served consecutively with indictment 2:04CR20167-01.**

    FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

    The defendant is remanded to the custody of the United States Marshal.

    Signed this the ____6____ day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 07/19/1978
U.S. Marshal No.: 16323-076
Defendant's Mailing Address: 3721 White Birch Drive, Memphis, TN 38115

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05

(69)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:98-CR-20053 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT